# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

LAMONT GIST,

Petitioner

No. 267 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.